UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| LACI BARCLAY,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTH DAKOTA WOMEN'S PRISON,<br><br>  Defendant. | 3:26-CV-03016-RAL<br><br><br>ORDER REQUIRING PLAINTIFF TO PAY THE FILING FEE OR MOVE FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Plaintiff Laci Barclay, an inmate at Florence McClure Women's Correctional Center in Las Vegas, Nevada, filed a pro se prisoner civil rights lawsuit. Doc. 1. Under the Prison Litigation Reform Act, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). At this time, Barclay has not moved for in forma pauperis status or, in the alternative, has not paid the full filing fee. Barclay must pay the filing fee or file a motion for leave to proceed in forma pauperis by **July 9, 2026**. Barclay must also provide the Court with a certified prisoner trust account report if she moves for in forma pauperis status.

Accordingly, it is

ORDERED that the Clerk of Court send Barclay a blank Motion to Proceed Without Prepayment of Fees and Declaration form and a blank Prisoner Trust Account Report form. It is further

ORDERED that Barclay must pay the full filing fee of ($405.00) or move for leave to proceed in forma pauperis and submit a certified prisoner trust account report by **July 9, 2026**. Failure to do so will result in dismissal of her complaint without prejudice for failure to prosecute.

DATED June 9th, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

2